FILED
CLERK, U.S. DISTRICT COURT

JUN 30 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN WILLIAM WALL,<br><br>　　　　　Defendant. | NO. 2:20-MJ-03039-DUTY-1<br><br>ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of the defendant, IT IS ORDERED that a detention hearing is set for Monday, July 6, 2020, before the Honorable Karen L. Stevenson at one of the following times, to be determined in consultation with the Metropolitan Detention Center: 1:00pm; or 2:30pm. Pending this hearing, the defendant shall be held in custody by the United States Marshal.

DATED: June 30, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE